UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM R. KLINGELE,<br><br>        Plaintiff,<br><br>  vs.<br><br>STATE OF WASHINGTON, YAKIMA COUNTY SHERIFF'S DEPARTMENT, and KITTITAS COUNTY SHERIFF'S DEPARTMENT,<br><br>        Defendants. | NO.  CV-05-3004-LRS<br><br>ORDER DISMISSING COMPLAINT |

    By Order filed February 15, 2005, the court advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty days.  By letter dated February 17, 2005, Mr. Klingele notified the District Court Executive of his change of address to 680 Coe Rd., Wapato, Washington, 98951.

    On April 19, 2005, the court received a letter from Plaintiff's mother, Barbara Klingele of Wapato, notifying the court of Mr. Klingele's death.  Ms. Klingele also provided a copy of the Death Certificate, with a Death Date of February 19, 2005.  Ms. Klingele indicated there is no longer a need to address Mr. Klingele's issues.

    For the reasons set forth in the court's previous Order, **IT IS ORDERED** the complaint is **DISMISSED without prejudice.**  The District

ORDER DISMISSING COMPLAINT -- 1

Court Executive is directed to enter this Order, enter judgment, and close the file.

**DATED** this____25th___day of April, 2005.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT -- 2